UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
September 6, 2017 12:00 PM
CLERK OP COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc /    SCANNED BY: /\S 9\C\17

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DONALD J. MILLER and
ERIC M. RITTENHOUSE,

      Defendants.
_____/

1:17-cr-182
Robert J. Jonker
Chief U.S. District Judge

**CLASS A MISDEMEANOR
INFORMATION**

The United States Attorney charges:

(Theft of Personal Property within Special Territorial Jurisdiction of United States)

On or about August 23, 2016, in Kent County, in the Southern Division of the Western District of Michigan,

**DONALD J. MILLER** and
**ERIC M. RITTENHOUSE**,

within the special territorial jurisdiction of the United States, namely the courthouse for the United States District Court for the Western District of Michigan, 584 Ford Federal Building, 110 Michigan Street N.W., Grand Rapids, Michigan, did take and carry away, with intent to steal and purloin, the personal property of another, namely a 2016 copy of the Federal Rules of Civil Procedure, the value of which was less than $1,000.

18 U.S.C. § 661
18 U.S.C. § 2

Date: 9/6/2017

ANDREW BYERLY BIRGE
Acting United States Attorney

*Kate Zell*
KATE ZELL
Assistant United States Attorney